1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

NEIL PARIS SUGARMAN,

        Plaintiff,

    v.

MERCED COUNTY SHERIFF, et al.,

        Defendants.

_____/

1:11-cv-01757-AWI-GSA (PC)

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
(Doc. 3.)

and

ORDER DIRECTING PAYMENT
OF INMATE FILING FEE BY JOHN
LATORRACA CORRECTIONAL
CENTER

       Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The John Latorraca Correctional Center is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

       In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

       1. Plaintiff's application to proceed in forma pauperis is GRANTED;

-1-

1      **2.  The Director of the John Latorraca Correctional Center or his designee shall collect**

2    **payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of**

3    **the preceding month's income credited to the prisoner's trust account and shall forward those**

4    **payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in**

5    **accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and**

6    **forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and**

7    **number assigned to this action.**

8       3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in

9    forma pauperis application on the John Latorraca Correctional Center, via the United States Post

10   Office.

11      4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

12   Department, U.S.  District Court, Eastern District of California, Fresno Division.

13      5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a  certified

14   copy of his prison trust account statement for the six-month period immediately preceding the filing

15   of the complain, if plaintiff has not already done so.

16     IT IS SO ORDERED.

17   **Dated:   December 8, 2011**            **/s/ Gary S. Austin**

18                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28