1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10                                    FRESNO DIVISION

11

12   NEIL PARIS SUGARMAN,                        1:11-cv-01757-AWI-GSA (PC)

13              Plaintiff,                        ORDER GRANTING APPLICATION TO
                                                  PROCEED IN FORMA PAUPERIS
14       v.                                       (Doc. 3.)
                                                          and
15   MERCED COUNTY SHERIFF, et al.,
                                                  ORDER DIRECTING PAYMENT
16              Defendants.                       OF INMATE FILING FEE BY JOHN
                                                  LATORRACA CORRECTIONAL
17   _____/          CENTER

18          Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave

19   to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required

20   by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is

21   obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff

22   is obligated to make monthly payments in the amount of twenty percent of the preceding month's

23   income credited to plaintiff's trust account.  The John Latorraca Correctional Center is required to

24   send to the Clerk of the Court payments from plaintiff's account each time the amount in the account

25   exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26          In accordance with the above and good cause appearing therefore, IT IS HEREBY

27   ORDERED that:

28          1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

                                                  -1-

1    **2.  The Director of the John Latorraca Correctional Center or his designee shall collect**

2    **payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of**

3    **the preceding month's income credited to the prisoner's trust account and shall forward those**

4    **payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in**

5    **accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and**

6    **forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and**

7    **number assigned to this action.**

8    3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in

9    forma pauperis application on the John Latorraca Correctional Center, via the United States Post

10   Office.

11   4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

12   Department, U.S.  District Court, Eastern District of California, Fresno Division.

13   5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a  certified

14   copy of his prison trust account statement for the six-month period immediately preceding the filing

15   of the complain, if plaintiff has not already done so.

16       IT IS SO ORDERED.

17   **Dated:   December 8, 2011**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28